UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GERALDINE PERKINS,                       :
                                          :
                      Plaintiff,         :    **ORDER**
                                          :
        v.                                :    18 Civ. 6397 (AKH)
                                          :
CITY OF NEW YORK., et al.,               :
                                          :
                      Defendants.        :
                                          :
                                          :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On December 5, 2019 I denied Defendants' request for a stay and permitted Plaintiff to proceed with the case. Since then, there has been no update from any of the parties and there have been no substantive docket entries.

       Accordingly, Plaintiff, via letter submitted via ECF, shall advise the Court of the status of the case by August 16, 2022.

SO ORDERED.

Dated:  New York, New York
         August 9, 2022

                                      _____/s/_____
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge