UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
GERALDINE PERKINS, :
: **ORDER DENYING SUMMARY**
Plaintiff, : **JUDGMENT**
:
-against- : 18 Civ. 6397 (AKH)
:
CITY OF NEW YORK, CAPTAIN LASHANE :
NEMBHARD, CAPTAIN LEENA EDDY, and :
JANE DOE # 1-10, correction officers and/or other :
employees of the New York City Department of :
Correction, the identity and number of whom is :
presently unknown, all of whom are sued :
individually, and in their official capacities, :
:
Defendants. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendants' argument that the Prison Litigation Reform Act ("PLRA") was violated raises triable issues of fact as to whether Plaintiff had just cause not to file grievances under an exception to the PLRA. *See Ross v. Blake*, 578 U.S. 632, 644 (2016) (noting that exhaustion is not required when "prison administrators thwart inmates from taking advantage of a grievance process through machination, misrepresentation, or intimidation"). Issues of triable fact remain as well regarding the claims of deliberate indifference, personal involvement, excessive force, municipal liability, and the state law claims. Defendants' motion for Summary Judgment is denied.

SO ORDERED.

Dated:  October 15, 2024
       New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge

1