UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                             :

GERALDINE PERKINS,                      :

                                                                             :     **SCHEDULING ORDER**

                               Plaintiff,                :

                                                                               :     18 Civ. 6397 (AKH)

   -against-                              :

CITY OF NEW YORK, ET AL,             :

                               Defendants.     :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The pre-trial conference scheduled for November 21, 2024 is hereby advanced to November 19, 2024 at 11:30 a.m. in Courtroom 14D. The Court at that time will also address the pending motion, ECF No. 86.

        No later than November 18, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:     November 12, 2024                    /s/ Alvin K. Hellerstein
            New York, New York                 ALVIN K. HELLERSTEIN
                                                     United States District Judge