UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

GERALDINE PERKINS,

                                                  Plaintiff,

                     -against-

CITY OF NEW YORK, Department of Correction Captain Lashane Nembhard, Shield # 1777, Department of Correction Captain Leena Eddy, Shield # 1858, JANE DOE # 1-10, correction officers and/or other employees of the New York City Department of Correction, the identity and number of whom is presently unknown, all of whom are sued individually, and in their official capacities,

                                                  Defendants.

**SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO RULE 25(a)(1)**

No. 18 Civ. 6397 (AKH)

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Corporation Counsel's Office of the City of New York affirms the following:

        On January 21, 2025, Senior Counsel Inna Shapovalova was informed by plaintiff's counsel Aaron Rubin, Esq., that Plaintiff Geraldine Perkins passed away.

        **WHEREFORE,** the New York City Law Department, Office of Corporation Counsel suggests upon the record that Plaintiff Geraldine Perkins is deceased; and

        **WHEREFORE**, the New York City Law Department, Office of Corporation Counsel, hereby requests that any motion for substitution of a proper party be timely made within ninety (90) days of this date.

Dated:      New York, New York
               January 24, 2025

        MURIEL GOODE-TRUFANT
        Corporation Counsel of the City of New York
        *Attorney for Defendants City, Nembhard, and Eddy*
        100 Church Street, Room 3-196
        New York, New York 10007
        (212) 356-2656


By:   /s/ *Inna Shapovalova*
       Inna Shapovalova
       *Senior Counsel*
       Special Federal Litigation Division

cc:   **VIA ECF**
      Aaron M. Rubin, Esq.
      *Attorney for Plaintiff*

2