UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                 :

GERALDINE PERKINS,                          :

                                                                 :        **ORDER OF DISMISSAL**

                                 Plaintiff,   :

                                                                   :        18 Civ. 6397 (AKH)

     -against-                                   :

CITY OF NEW YORK ET AL,                :

                                 Defendants.   :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A suggestion of Plaintiff's death having been made on January 24, 2025, ECF No. 93, and Plaintiff's counsel having represented that there is no one interested in representing the estate, this case is dismissed on consent without interest or cost.

        The Clerk is directed to terminate the case.

        SO ORDERED.

Dated:    March 7, 2025                                  /s/ Alvin K. Hellerstein
             New York, New York                        ALVIN K. HELLERSTEIN
                                                                     United States District Judge